# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 173.16.199.124 | Mediacom | 2011-05-27 11:19:07 PM |
| 174.65.175.241 | Cox Communications | 2011-06-10 11:47:51 PM |
| 24.10.25.158 | Comcast Cable Communications | 2011-05-29 12:17:49 AM |
| 24.130.122.140 | Comcast Cable Communications | 2011-05-23 02:24:43 AM |
| 24.6.98.203 | Comcast Cable Communications | 2011-05-12 12:59:30 AM |
| 67.166.135.72 | Comcast Cable Communications | 2011-05-10 10:05:30 AM |
| 67.174.32.212 | Comcast Cable Communications | 2011-05-10 07:13:47 PM |
| 68.6.168.188 | Cox Communications | 2011-05-12 03:21:01 AM |
| 68.99.191.196 | Cox Communications | 2011-05-14 08:23:12 AM |
| 69.109.112.11 | AT&T Internet Services | 2011-06-12 08:39:41 PM |
| 69.234.193.17 | AT&T Internet Services | 2011-05-12 10:48:06 PM |
| 69.234.202.48 | AT&T Internet Services | 2011-05-23 01:03:11 AM |
| 71.109.67.227 | Verizon Online | 2011-05-18 01:55:05 AM |
| 71.131.189.62 | AT&T Internet Services | 2011-05-14 07:48:41 AM |
| 71.132.130.94 | AT&T Internet Services | 2011-05-22 05:09:08 AM |
| 71.198.215.238 | Comcast Cable Communications | 2011-05-09 09:51:09 PM |
| 71.202.104.89 | Comcast Cable Communications | 2011-05-10 04:54:51 AM |
| 71.92.195.197 | Charter Communications | 2011-05-18 09:20:41 PM |
| 72.129.44.210 | Road Runner | 2011-05-14 06:47:36 AM |
| 72.197.219.155 | Cox Communications | 2011-06-13 12:25:49 AM |
| 72.199.66.243 | Cox Communications | 2011-05-09 05:56:01 PM |
| 75.30.114.250 | AT&T Internet Services | 2011-05-09 05:14:06 PM |
| 75.30.148.12 | AT&T Internet Services | 2011-05-10 10:25:01 AM |
| 75.51.80.174 | AT&T Internet Services | 2011-05-18 01:14:35 AM |
| 76.126.186.98 | Comcast Cable Communications | 2011-05-09 03:04:58 PM |
| 76.168.86.133 | Road Runner | 2011-05-27 01:10:02 PM |
| 76.175.217.30 | Road Runner | 2011-06-09 01:48:05 AM |
| 76.195.61.221 | AT&T Internet Services | 2011-05-11 11:41:03 PM |
| 76.90.59.235 | Road Runner | 2011-06-17 11:41:43 AM |
| 76.93.92.169 | Road Runner | 2011-05-29 01:29:51 AM |
| 98.112.153.129 | Verizon Online | 2011-05-13 03:11:14 AM |
| 98.210.190.96 | Comcast Cable Communications | 2011-05-13 04:59:12 PM |
| 98.244.61.16 | Comcast Cable Communications | 2011-05-10 10:12:25 PM |