Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C-11-03827 LB |
| Plaintiff, | **RULE 26(f) REPORT** |
| v. | |
| DOE 1, | |
| Defendant. | |

**RULE 26(f) REPORT**

Plaintiff Hard Drive Productions, Inc., by and through its counsel, hereby submits this Rule 26(f) Report pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Doc. No. 3), Federal Rules of Civil Procedure (hereinafter "FRCP") Rules 26(a)(1) and 26(f), and Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a):

**1. Individuals Likely to Have Discoverable Information:**

- Paul Pilcher, CEO of Hard Drive Productions, Inc.

- Peter Hansmeier – 161 North Clark Street, Suite 3200, Chicago, Ill., 60601.

- Person Most Knowledgeable ("PMK") at Internet Service Providers in their Subpoena Department – Custodian of Records at Mediacom.

- Account Holder of IP address 173.16.199.124 – Identifying Information Currently Unknown.
- Doe 1 – Identifying Information Currently Unknown.[1]
- Plaintiff reserves the right to add to this list of individuals identified as necessary in the future.

**2. Documents, Electronically Stored Information, and Tangible Things:**

- Physical Documents – Plaintiff's copyright records.
- Electronically Stored Information – BitTorrent auditor, forensic information demonstrating infringing activity over the BitTorrent.

**3. Projected Discovery Timelines:**

At this point, any projected timelines are premature for reasons explained in Plaintiff's Case Management Conference Statement. (*See* ECF No. 17).

**4. Subjects on Which Discovery, Including Electronic Discovery, Will be Needed:**

Per our records, the identifying information relating to the currently outstanding subpoena in this case was due. The information has not arrived. An inquiry email from Prenda Law was sent to an individual in the Mediacom subpoena department on February 22, 2012, regarding the status of that information. That individual responded by saying that Mediacom could not find a record of receiving the subpoena, and asked Prenda Law for a the original copy of the subpoena document. An associate at Prenda Law emailed him the previously sent subpoena sent to Mediacom in last year, and we are currently awaiting a reply as to whether this subpoena was correctly served by Mediacom per the Court's November 3 Order, and, if so, a timeline on Mediacom getting us the subscriber's identifying information. The ISP is currently looking through its records for that information, and there is no set date for getting it to Plaintiff. Plaintiff is trying to meet and confer with Mediacom in good faith, and hopefully will resolve these issues without having to involve the Court at this point.

---

[1] Whether Doe 1 and the Account Holder of IP Address 173.16.199.124 are one and the same is unknown at this point.

While further discovery may be necessary to identify the infringer once Plaintiff receives identifying information from account holder associated with IP holder 108.0.175.48, that is not applicable at this time.  Once Plaintiff receives the information form the ISP, it will contact the account holder, and move forward with this case in hopes to ultimately identify, and name, the infringing defendant in this case.  Currently, the only currently known discovery necessary is the subpoena that was already sent to Mediacom.  Plaintiff is awaiting a response from Mediacom to see where its case will go from there.

**5. Objections:**

Plaintiff objects to the Court requiring Plaintiff to make any projected deadlines in this case at this time.

**6. Discovery Motion Currently Pending:**

N/A.

**7. Other Issues:**

N/A.


Respectfully Submitted,

                                          PRENDA LAW INC.,

**DATED: February 23, 2012**

                           By:     /s/  Brett L. Gibbs, Esq.

                                Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 23, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                  /s/ Brett L. Gibbs
                                                  Brett L. Gibbs, Esq.