UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| HARD DRIVE PRODUCTIONS,<br><br>        Plaintiff,<br>    v.<br><br>DOES 1-33,<br><br>        Defendants. | No. C 11-03827 LB<br><br>**ORDER ALLOWING PLAINTIFF TO APPEAR BY TELEPHONE AT THE MAY 24, 2012 INITIAL CASE MANAGEMENT CONFERENCE** |

An initial case management conference in this action is scheduled to take place at 10:30 a.m. on May 24, 2012 in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. Given the circumstances outlined in Plaintiff's case management conference statement, the court will allow Plaintiff to appear by telephone at the case management conference. Should Plaintiff wish to do so, it shall contact Courtroom Deputy Lashanda Scott at (415) 522-3140 by Wednesday, May 23, 2012 to make the necessary arrangements.

**IT IS SO ORDERED.**

Dated: May 22, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03827
ORDER