UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HARD DRIVE PRODUCTIONS,<br><br>            Plaintiff,<br>   v.<br>DOES 1-33,<br>            Defendants.<br>_____/ | No. C 11-03827 LB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SERVE ISP SUBSCRIBER WITH A DEPOSITION SUBPOENA** |

    Following the Case Management Conference held on February 2, 2012 and upon consideration of Plaintiff's Case Management Conference Statement, the Court **HEREBY ORDERS** the following:

1. Plaintiff may serve a deposition subpoena on Subscriber 173.16.199.124 (the "Subscriber"). The deposition shall not exceed four hours.

2. If the Subscriber's deposition testimony sufficiently enables Plaintiff to name the Doe Defendant in this action, Plaintiff shall do so. If it does not, Plaintiff shall direct any further discovery requests to this court and, in doing so, shall (1) specifically articulate how and why the requested discovery may lead to the identification of the Doe Defendant and (2) cite decisions by courts in this District considering such requests, regardless of whether those courts granted or denied them.

    **IT IS SO ORDERED.**

C 11-03827 LB
ORDER

1  Dated: May 24, 2012

_____
LAUREL BEELER
United States Magistrate Judge