**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

Date: **May 24, 2012**

**C 11-3827 LB**

**Hard Drive Productions, Inc. v Does 1-33**

Plaintiff Attorney(s):          Brett Gibbs
Defendant Attorney(s):     Not Present

                                                     Time: 1 Minute
Deputy Clerk: **LASHANDA SCOTT**          Reporter: **FTR: 11:10-11:11**

**PROCEEDINGS:**                                              **RULING:**

1. Telephonic Case Management Conference                Not Present
2. _____    _____

(  ) Status Conference      (  ) P/T Conference      (  ) Case Management Conference

**ORDERED AFTER HEARING:**

(XX) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____   for _____

Notes: _____