# EXHIBIT B

## COVENANT NOT TO SUE

This Covenant Not to Sue ("Covenant") is made by Defendant Hard Drive Productions, Inc. an Arizona Corporation ("Hard Drive"), and is effective as of June 7, 2012 (the "Effective Date").

## RECITALS

WHEREAS, Hard Drive commenced a civil action 4:11-cv-03827 LB in the United States District Court for the Northern District of California asserting claims for copyright infringement and civil conspiracy (hereinafter the "3827 Action").

WHEREAS, Hard Drive represents and warrants that it owns the copyright in the work identified in the 3827 Action, Amateur Allure – Natalia, Reg. No. PA0001783851 (the "Work");

WHEREAS, Hard Drive wishes to conserve resources relating to the enforcement of its copyright in the Work;

NOW, THEREFORE, Hard Drive covenants as follows:

## COVENANT

Hard Drive for and on behalf of itself, its parents, subsidiaries, divisions, related companies, affiliated companies, licensees, independent contractors, assigns, and/or other related business entities, as well as any of their predecessors, successors, directors, officers, employees, agents, distributors, attorneys, representatives, and employees of such entities, hereby unconditionally and irrevocably covenants to refrain from making any claim(s) or demand(s), or from commencing causing, or permitting to be prosecuted any action in law or equity, against Eric McClain, arising from Hard Drive's allegations in its complaint filed in the 3827 Action.

By: Paul Pilcher
Title: President
Hard Drive Productions, Inc.